IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA W. CALLAHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-119-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of Defendant's unopposed *Second Motion for Extension* (Doc. #16, filed August 28, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief **on or before September 29, 2008**.

Done this 29th day of August, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE